|   |   |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR06-425 MJP |
| Plaintiff-Respondent, | ORDER |
| v. |   |
| JAIME SANCHEZ-RAMIREZ, |   |
| Defendant-Petitioner. |   |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

THIS MATTER comes before the Court on *pro se* Defendant-Petitioner's Motion to Extend Time to submit his reply brief on his Petition for a Writ of Error Coram Nobis. The Court has considered the Motion and hereby grants the request for an extension of time. The Defendant-Petitioner shall file his reply within 60 days of the date of this Order. The Court will not appoint *pro bono* counsel at this time.

The clerk is ordered to provide copies of this order to all counsel.

Dated November 14, 2019.

*Marsha J. Pechman*
Marsha J. Pechman
United States District Judge